IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

URIAH DAVID MUELLER
#2855470                                                                      PLAINTIFF

v.                          No. 4:25-cv-841-DPM

WALKER, Officer, Faulkner County
Detention Center                                                              DEFENDANT

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 5*, and overrules Mueller's objections, *Doc. 8*. Fed. R. Civ. P. 72(b)(3). His amended complaint does not change the Court's analysis. Mueller's harassment claim against Officer Walker will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2025