IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

URIAH DAVID MUELLER
#2855470                                                                PLAINTIFF

v.                            No. 4:25-cv-841-DPM

WALKER, Officer, Faulkner County
Detention Center                                                        DEFENDANT

## JUDGMENT

Mueller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2025